# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MONTENEQUE NAKIA KNOX,

    *Petitioner*,

vs.

RENEE BAKER,

    *Respondent*.

3:15-cv-00316-RCJ-WGC

ORDER

    Petitioner, a Nevada prisoner, has submitted a habeas petition on the 28 U.S.C. § 2255 form, though petitioner appears to challenge a state-court conviction. Petitioner has failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rules LSR1-1, 1-2.

    Thus, the present action will be dismissed without prejudice to the filing of a habeas petition pursuant to 28 U.S.C. § 2254 on the form required by this court in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

    **IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: This 9th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE