UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONTENEQUE NAKIA KNOX,<br><br>                              Plaintiff,<br>v.<br>RENEE BAKER, et al.,<br><br>                              Defendants. | Case No. 3:15-cv-00316-RCJ-WGC<br><br>ORDER |

On November 9, 2015, the court dismissed this habeas action without prejudice because petitioner failed to submit an application to proceed *in forma pauperis* or pay the filing fee (ECF No. 3). Moreover, petitioner used the 28 U.S.C. § 2255 form for challenging a federal conviction but appeared to challenge a state-court conviction. Judgement was entered on November 10, 2015 (ECF No. 4).

Petitioner Knox has filed a motion to reopen the case (ECF No. 5). His motion is denied. As the court previously explained, if Knox wishes to seek habeas relief, he must file a new petition on the correct form in a new action and include either the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen case (ECF No. 5) is **DENIED**.

DATED: December 3, 2015.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1